IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                         5:06cr35/RS
                                            5:08cv235/RS/MD

BRANNON JERMAINE SPENCER
_____

ORDER

Defendant has filed a motion to vacate, set aside, or correct sentence under title 28 United States Code § 2255.   Rule 5.1(J) of the Local Rules for the Northern District of Florida requires that motions under 28 U.S.C. § 2255 be on the prescribed form.  The use of a prescribed form was adopted for reasons of administrative convenience.  This court, with its large volume of habeas actions, saves valuable time if it is not required to decipher lengthy and often unintelligible submissions.  This saving would be lost if the defendant were allowed to either forgo use of the form entirely, or to fill in the form with a notation instead of completing the form itself.  In light of the administrative benefits derived from the use of the form, defendant must fully complete the form and provide a brief statement of each ground for relief and the supporting facts in the space provided.  Defendant will therefore be required to file an amended motion on the proper form.  He may, but is not required to, submit an accompanying and separate memorandum, which shall not exceed twenty-five pages in length.

Accordingly, it is ORDERED:

1.      The Clerk shall return to the defendant a copy of his original motion along with a copy of the form for use in § 2255 cases.   This case number should be written on the form.

2.      Defendant shall file an amended motion and one identical service copy of the amended motion and attachments, if any.  The amended motion should be complete in and of itself and must not refer to the original motion or any attachments thereto.  The amended motion and service copy shall be filed within **THIRTY (30) DAYS** from the date of this order.


3.  Failure to comply with this order may result in the denial of his motion.

DONE AND ORDERED this 8th day of August, 2008.




/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**