IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                  CASE NO. 5:06cr35/RS
                                             5:08cv235/RS-MD

BRANNON JERMAINE SPENCER

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 99). Defendant has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion To Vacate, Set-Aside, Or Correct Sentence (Doc. 84) is denied.

3. The clerk is directed to close the file.

**ORDERED** on March 25, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**